IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARYL WILLIAMS | ) | |
| | ) | Civil Action No. 23-1613 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | District Judge Arthur J. Schwab |
| | ) | Magistrate Judge Maureen P. Kelly |
| UNIVERSAL INTERMODAL SYSTEMS, INC. | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER OF COURT

This matter was referred to United States Magistrate Judge Maureen P. Kelly for proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636, and Local Civil Rule 72.

The Magistrate Judge filed a thorough, well-reasoned Report and Recommendation on August 21, 2024, recommending that Plaintiff's Complaint against Defendant be dismissed for failure to prosecute. (Doc. 30).

Plaintiff was notified that pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.D.2, he had fourteen days to file written objections to the Report and Recommendation, or seventeen days if he was an unregistered ECF User.  Thus, Defendant had until September 9, 2024, to file his objections to the Report and Recommendation.  (*Id.*).  To date, Plaintiff has not filed any objections.

After *de novo* review of the record in this matter, and the thorough, well-reasoned Report and Recommendation, the following Order is entered:

1

AND NOW, this 19th day of September, 2024, it is ORDERED that the Complaint filed by Plaintiff Daryl Williams against Defendant Universal Intermodal Systems (Doc. 1-2) is DISMISSED.

It is further ORDERED that Magistrate Judge Kelly's August 21, 2024 Report and Recommendation (Doc. 30) is adopted as the Opinion of the Court.

It is further ORDERED that the Clerk of Court is to mark this matter closed.

BY THE COURT:

s/Arthur J. Schwab
ARTHUR J. SCHWAB
UNITED STATES DISTRICT JUDGE

cc:     All ECF Registered Counsel of Record

Daryl Williams
220 5th Avenue
Braddock, PA 15104